

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| CALE MARCUS STRICKLAND,<br>       Plaintiff,<br><br>vs.<br><br><br>Spartanburg County Sheriff's Office,<br>Chuck White, Lieutenant Wilson,<br>Lieutenant Sinner, Officer Campbell,<br>Sergeant Bleu, Sergeant Atkins, and<br>Sergeant Piccolo,<br>       Defendants. | §§§§§§§§§§§§§ | Civil Action No. 6:18-02438-MGL-KFM |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
AND DISMISSING THE COMPLAINT WITH PREJUDICE
AND WITHOUT SERVICE OF PROCESS**

       This action arises under 42 U.S.C. § 1983. Plaintiff Cole Marcus Strickland (Strickland) is proceeding pro se. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting Strickland's action be dismissed with prejudice and without service of process. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

       The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court

may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on September 28, 2018, ECF No. 12, but the parties failed to file any objections to the Report. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of the Court Plaintiff's action is **DISMISSED WITH PREJUDICE** and without service of process.

**IT IS SO ORDERED.**

Signed this 16th day of October 2018 in Columbia, South Carolina.

                                                          s/Mary Geiger Lewis  
                                                          MARY GEIGER LEWIS  
                                                          UNITED STATES DISTRICT JUDGE

\*\*\*\*\*

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.