AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Cale Marcus Strickland,
*Plaintiff*
v.                              Civil Action No.    6:18-cv-02438-MGL

Spartanburg County Sheriff's Office; Chuck Wright,
Sheriff; Lieutenant Wilson; Lieutenant Sinner;
Officer Campbell, Police Officer; Sergeant Bleu,
Police Officer; Sergeant Atkins, Police Officer;
Sergeant Piccolo, Police Officer,
*Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Cale Marcus Strickland, shall take nothing of the defendants; Spartanburg County Sheriff's Office, Chuck Wright, Lieutenant Wilson, Lieutenant Sinner, Officer Campbell, Sergeant Bleu, Sergeant Atkins, and Sergeant Piccolo, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Kevin F. McDonald, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:   October 17, 2018                                ROBIN L. BLUME, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*